**MIMEDX GROUP, INC., Appellant**

v.

**MUSCULOSKELETAL TRANSPLANT FOUNDATION, Appellee**

2017-1043

United States Court of Appeals,
Federal Circuit.

September 14, 2017

PATRICK J. FLINN, Alston & Bird LLP, Atlanta, GA, argued for appellant. Also represented by KEITH E. BROYLES, PAMELA COUNCILL, MATTHEW WOLFF HOWELL; DEEPRO MUKERJEE, New York, NY.

MICHAEL ANTHONY NICODEMA, Greenberg Traurig LLP, Florham Park, NJ, argued for appellee. Also represented by JOHN K. KIM.

(Dyk, Linn, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**